IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROESEVELT HAYES**                                                    **PLAINTIFF**
**ADC #69691**

v.                      **CASE NO. 5:17-CV-00186 BSM**

**WILLIAM P. BENTON, et al.**                                     **DEFENDANTS**

## ORDER

The partial recommended disposition submitted by United States Magistrate Judge Patricia S. Harris [Doc. No. 6] and plaintiff Roesevelt Hayes's timely objections [Doc. No. 7] have been reviewed. After *de novo* review of the record, the partial recommended disposition is adopted in its entirety. Accordingly, Hayes's motion for a preliminary injunction [Doc. No. 3] is denied.

IT IS SO ORDERED this 31st day of October 2017.

_____
UNITED STATES DISTRICT JUDGE